**97–2403. Guess v. Wilkinson.**
Franklin App. No. 96APE07–977. Reported at 81 Ohio St.3d 1442, 690 N.E.2d 14. On motion for reconsideration. Motion denied.

**97–2558. Middletown v. Myers.**
Butler App. No. CA97–04–085. Reported at 81 Ohio St.3d 1453, 690 N.E.2d 547. On motion for reconsideration. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

## MISCELLANEOUS DISMISSALS

**97–987. Trubee v. Ohio Expositions Comm.**
Franklin App. No. 96APD05–705. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97–2607. State ex rel. Philips Display Components Co. v. Rice.**
Franklin App. No. 96APD12–1691. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**98–138. State ex rel. Gallon & Takacs Co., L.P.A. v. Conrad.**
Franklin App. No. 97APD02–243. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.